**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ALICE BANKS                                                                                    PLAINTIFF

v.                                              No. 3:12CV00072 JLH

PRUDENTIAL INSURANCE COMPANY
OF AMERICA                                                                                  DEFENDANT

## ORDER

      Prudential Insurance Company of America has filed a motion for extension of time to file its answer to the plaintiff's complaint.  Without objection, the motion is GRANTED.  Document #3. The deadline for Prudential to file its answer to the complaint is extended up to and including March 30, 2012.

      IT IS SO ORDERED this 16th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE