**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

ALICE BANKS                                                                                       PLAINTIFF

v.                                          No. 3:12CV00072 JLH

PRUDENTIAL INSURANCE COMPANY
OF AMERICA                                                                                     DEFENDANT

### ORDER

Prudential Insurance Company of America has filed a motion for extension of time to file its answer to the plaintiff's complaint. Without objection, the motion is GRANTED. Document #3. The deadline for Prudential to file its answer to the complaint is extended up to and including March 30, 2012.

IT IS SO ORDERED this 16th day of March, 2012.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE