**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ALICE BANKS                                                                 PLAINTIFF

v.                      No. 3:12CV00072 JLH

PRUDENTIAL INSURANCE COMPANY
OF AMERICA                                               DEFENDANT

**ORDER**

This case was removed from Greene County Circuit Court on March 9, 2012. Upon case opening it was given a Nature of Suit classification of '110 Insurance.' The Cause of Action statute utilized was '28 U.S.C. § 1331 - Federal Question: Insurance Contract.' A review of the JS-44 Civil Cover Sheet submitted by defendant's counsel at the time of filing reflects that defendant selected the Nature of Suit classification '890 Other Statutory Actions.' The Cause of Action citation included on the cover sheet submitted by defendant was '29 U.S.C. § 1132(a) - ERISA.'

IT IS HEREBY ORDERED that the Clerk correct the Nature of Suit for this action as '890 Other Statutory Actions,' and the Cause of Action citation as '29 U.S.C. § 1132(a) - ERISA.'

The Initial Scheduling Order entered on March 28, 2012, is hereby set aside. An ERISA scheduling order setting forth a briefing schedule will follow entry of this order.

IT IS SO ORDERED this 16th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE