# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ALICE BANKS**  PLAINTIFF

**v.**  Case No. 3:12-cv-00072-KGB

**PRUDENTIAL INSURANCE**
**COMPANY OF AMERICA**  DEFENDANT

## JUDGMENT

Consistent with the Opinion and Order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this the 30th day of March, 2015.

_____
Kristine G. Baker
United States District Judge